**O**

# United States District Court
# Central District of California

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ROYAL PRINTEX, INC., PACIFIC COAST KNITTING, INC.; and DOES 1–10, inclusive, <br><br>　　　　Defendants. | Case No. 2:15-CV-02347-ODW(VBK) <br><br> **ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///
///

On October 11, 2016, the Court ordered the parties to submit a joint report by October 25, 2016. No such report was submitted. Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than November 8, 2016, why the Court should not dismiss this action without prejudice for lack of prosecution. No hearing will be held. Failure to file a timely written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

November 1, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**