# United States District Court
# Central District of California

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL PRINTEX, INC., PACIFIC COAST KNITTING, INC.; and DOES 1–100, inclusive, <br><br> Defendants. | Case No. 2:15-CV-02347-ODW(VBK) <br><br> **ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///
///

On September 16, 2015, the Court stayed this copyright infringement proceeding pending resolution of another related case between the parties in the California Superior Court, County of Los Angeles. (ECF No. 23.) The parties were to notify the Court within two weeks of that case's resolution. (*Id.*) That case has now been resolved. (Not. of Decision, ECF No. 31.) In its decision, the state court held that Defendant Royal Printex Inc. possessed an "oral, non-exclusive contract" to use Plaintiff L.A. Printex Industries Inc.'s "library of designs." (Judgment 2, ECF No. 31.) As Defendant points out, this would seem to foreclose Plaintiff's ability to recover for copyright infringement. (Not. of Decision 2.) Therefore, the Court issues an **ORDER** to **SHOW CAUSE** why this case should not be dismissed as moot. Plaintiff shall submit a response to the Court on or before **March 6, 2017**. Failure to submit a timely response by that date will result in dismissal of this lawsuit *with prejudice*.

**IT IS SO ORDERED.**

February 27, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**