# United States District Court
# Central District of California

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL PRINTEX, INC., PACIFIC COAST KNITTING, INC.; and DOES 1–100, inclusive, <br><br> Defendants. | Case No. 2:15-CV-02347-ODW(VBK) <br><br> **ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///
///

On September 16, 2015, the Court stayed this copyright infringement proceeding pending resolution of another related case between the parties in the California Superior Court, County of Los Angeles. (ECF No. 23.) In that case, the state court held that Defendant Royal Printex Inc. possessed an "oral, non-exclusive contract" to use Plaintiff L.A. Printex Industries Inc.'s "library of designs." (Judgment 2, ECF No. 31.) As Defendant pointed out, this decision would foreclose Plaintiff's ability to recover for copyright infringement. (Not. of Decision 2, ECF No. 31.) This Court then ordered Plaintiff to show cause as to why this case should not be dismissed. (ECF No. 33.) Plaintiff responded that it was appealing the state-court judgment, so the Court stayed the case pending that appeal. (ECF No. 37.) On January 31, 2018, Defendant submitted a status report explaining that the appeal was dismissed for lack of prosecution. (ECF No. 43.)

Therefore, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing only, why this case should not be dismissed. Plaintiff shall submit a response to the Court on or before **February 15, 2018**. No hearing will be held. Failure to submit a timely response by that date may result in dismissal of this lawsuit *with prejudice*.

**IT IS SO ORDERED.**

February 1, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**